**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph J. Craddock | Social Security number or ITIN xxx–xx–9158 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–18902–JNP | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph J. Craddock

3/19/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-18902-JNP
Joseph J. Craddock  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Mar 19, 2021  Form ID: 318  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph J. Craddock, 754 Fourth Street, New Gretna, NJ 08224 |
| 518906234 | + | ACI, P.O. Box 717, Getzville, NY 14068-0717 |
| 518906238 | + | ATERS001, P.O. Box 1280, Oaks, PA 19456-1280 |
| 518906235 | + | Advanced Anesthesia Assoc, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 518906237 | + | Apex Asset Management LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518906239 | + | Coastal Neurosciences PC, P.O. Box 48081, Newark, NJ 07101-4881 |
| 518906241 | + | D & A Services, 1400 E. Touhy Avenue, Suite G-2, Des Plaines, IL 60018-3338 |
| 518906243 | + | Fay Servicing, P.O. Box 619063, Dallas, TX 75261-9063 |
| 518926131 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518906246 | + | MPAC Funding Corp, c/o Neal M. Ruben, Esq., 179 Avenue at the Common, Suite 201, Shrewsbury, NJ 07702-4558 |
| 518906247 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518906248 | + | Northland Group, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 518979786 | + | RAS Citron, LLC, Authorized Agent for Secured Creditor, 130 Clinton Road, Suite 202,, Fairfield, NJ 07004-2927 |
| 519045789 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, P.O. Box 283, Trenton, NJ 08625 |
| 518906250 | | Select Portfolio Servicing, P.O. Box 65050, Salt Lake City, UT 84165 |
| 518906251 | | Tara Craddock, 1621 S. Shore Road #181, Cape May, NJ 08204 |
| 518978718 | + | Towd Point Mortgage Trust, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2021 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2021 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518906236 | + | EDI: URSI.COM | Mar 20 2021 00:38:00 | Alltran Financial LP, P.O. Box 722910, Houston, TX 77272-2910 |
| 518906240 | + | EDI: CONVERGENT.COM | Mar 20 2021 00:38:00 | Convergent Outsourcing Inc., P.O. Box 9004, Renton, WA 98057-9004 |
| 518906242 | + | EDI: DISCOVER.COM | Mar 20 2021 00:38:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 518906244 | + | EDI: IRS.COM | Mar 20 2021 00:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518906245 | + | EDI: LTDFINANCIAL.COM | Mar 20 2021 00:38:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 518906249 | + | EDI: PRA.COM | Mar 20 2021 00:38:00 | Portfolio Recovery Services LLC, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 518906275 | + | EDI: RMSC.COM | Mar 20 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 318 | Total Noticed: 26 |

Management, LLC, PO Box 41021, Norfolk, VA 23541-1021

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Towd Point Mortgage Trust, RAS Citron, LLC, 130 Clinton Road, Suite 202,, Fairfield, NJ 07004-2927 |
| 518978719 | *+ | Towd Point Mortgage Trust, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beverly McCall | on behalf of Debtor Joseph J. Craddock bsmccall@snip.net |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Harold N. Kaplan | on behalf of Creditor Towd Point Mortgage Trust hkaplan@rasnj.com  informationathnk@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William G. Wright | on behalf of Creditor Truist Bank  successor by merger to Branch Banking and Trust Company and Susquehanna Bank wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 7