| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) Douglas S. Stanger, Esquire Flaster/Greenberg P.C. 646 Ocean Heights Avenue Linwood, NJ 08221 (609) 645-1881 Counsel for Trustee DS5141 | Order Filed on April 28, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: Joseph J. Craddock, Debtor. | Case No.: 20-18902 Judge: ABA Chapter: 7 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER AUTHORIZING
### RETENTION OF    BHHS Fox Roach Realtors

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 28, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:          Joseph J. Craddock

Case No.:       20-18902-JNP

Applicant:      Douglas S. Stanger, Chapter 7 Trustee

(check all that apply) ☑ Trustee: ☑ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:       BHHS Fox & Roach Realtors

Address of Professional:    1001 Tilton Road

Northfield, NJ 08225

Realtor: Susan Carr

☐ Attorney for (check all that apply):
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☑ Other Professional:
  ☑ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*