UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Joseph J. Craddock,
Debtor.

Case No.: 20-18902
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED PRIVATE SALE

___Douglas S. Stanger.___, ___Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: U.S. Post Office and Courthouse
401 Market Street
Camden, New Jersey 08101

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___July 13, 2021___ at ___11:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4C___, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 754 Fourth Street
Somers Point, New Jersey

Proposed Purchaser: Diane Jannotta and/or her Assigns

Sale price: $260,000.00 With no real estate sales commission and subject to Debtor's waiver of exemption. Buyer is friend of Debtor and allowing continued occupancy.

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:
Amount to be paid:
Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Esq.

Address: Flaster Greenberg P.C., 646 Ocean Heights Ave., Suite 103, Linwood, NJ 08221

Telephone No.: (609) 645-1881

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18902-JNP |
| Joseph J. Craddock | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2021 | Form ID: pdf905 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph J. Craddock, 754 Fourth Street, New Gretna, NJ 08224 |
| aty | + | Flaster Greenberg, Suite 103, 646 Ocean Heights Ave, Linwood, NJ 08221-1011 |
| r | + | BHHS Fox & Roach Realtors, BHHS Fox & Roach Realtors, 1001 Tilton Road, Suite 101, Northfield, NJ 08225-1261 |
| 518906234 | + | ACI, P.O. Box 717, Getzville, NY 14068-0717 |
| 518906238 | + | ATERS001, P.O. Box 1280, Oaks, PA 19456-1280 |
| 518906235 | + | Advanced Anesthesia Assoc, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 518906237 | + | Apex Asset Management LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518906239 | + | Coastal Neurosciences PC, P.O. Box 48081, Newark, NJ 07101-4881 |
| 518906241 | + | D & A Services, 1400 E. Touhy Avenue, Suite G-2, Des Plaines, IL 60018-3338 |
| 518906243 | + | Fay Servicing, P.O. Box 619063, Dallas, TX 75261-9063 |
| 518926131 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518906246 | + | MPAC Funding Corp, c/o Neal M. Ruben, Esq., 179 Avenue at the Common, Suite 201, Shrewsbury, NJ 07702-4558 |
| 518906247 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518906248 | + | Northland Group, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 518979786 | + | RAS Citron, LLC, Authorized Agent for Secured Creditor, 130 Clinton Road, Suite 202,, Fairfield, NJ 07004-2927 |
| 519209743 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518906250 | | Select Portfolio Servicing, P.O. Box 65050, Salt Lake City, UT 84165 |
| 518906251 | | Tara Craddock, 1621 S. Shore Road #181, Cape May, NJ 08204 |
| 518978718 | + | Towd Point Mortgage Trust, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2021 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2021 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518906236 | + | Email/Text: bnc@alltran.com | Jun 15 2021 20:43:00 | Alltran Financial LP, P.O. Box 722910, Houston, TX 77272-2910 |
| 518906240 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 15 2021 20:44:00 | Convergent Outsourcing Inc., P.O. Box 9004, Renton, WA 98057-9004 |
| 518906242 | + | Email/Text: mrdiscen@discover.com | Jun 15 2021 20:42:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 518906244 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2021 20:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518906245 | + | Email/Text: ebn@ltdfin.com | Jun 15 2021 20:43:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 518906249 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 20:41:50 | Portfolio Recovery Services LLC, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |

Case 20-18902-JNP    Doc 40    Filed 06/17/21    Entered 06/18/21 00:12:39    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: pdf905 | Total Noticed: 28 |

| 518906275 | + Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 20:41:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Towd Point Mortgage Trust, RAS Citron, LLC, 130 Clinton Road, Suite 202,, Fairfield, NJ 07004-2927 |
| 519045789 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, P.O. Box 283, Trenton, NJ 08625 |
| 518978719 | *+ | Towd Point Mortgage Trust, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly McCall | on behalf of Debtor Joseph J. Craddock bsmccall@snip.net |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as Trustee for NYMT Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Harold N. Kaplan | on behalf of Creditor Towd Point Mortgage Trust hkaplan@rasnj.com informationathnk@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William G. Wright | on behalf of Creditor Truist Bank successor by merger to Branch Banking and Trust Company and Susquehanna Bank wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 7