| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DSS5141<br>Phone: 609-645-1881<br>Chapter 7 Trustee | Order Filed on July 13, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>Joseph J. Craddock,<br><br><br>Debtor. | CAMDEN, VICINAGE<br>Chapter 7<br><br>Case No.: 20-18902<br><br>Honorable Jerrold N. Poslusny, Jr. |

**ORDER AUTHORIZING SALE OF REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 13, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

8381318 v2

Joseph J. Craddock
Case No. 20-18902-JNP
**Amended Order Authorizing Sale of Real Property**
Page 2 of 2

---

THIS MATTER comes before the Court by way of Motion by Douglas S. Stanger, Attorney for the Chapter 7 Trustee, on notice to all applicable creditors, and having reviewed and found the methods of service proper and that adequate notice of the within Motion was provided to these parties in interest. For good cause shown, it is hereby **ORDERED:**

1. Douglas S. Stanger, Chapter 7 Trustee ('the Trustee') for the Estate of Joseph J. Craddock is hereby authorized to sell the real property commonly known 754 Fourth Street, Somers Point, New Jersey for $260,000.00 pursuant to the terms and conditions set forth in the Contract for Sale of Real Estate provided to the Court pursuant to 11 U.S.C. §§ 363(b) and 1303 free and clear of liens pursuant to 11 U.S.C. §363(b) and (f).

2. The mortgage held by Wilmington Savings Fund Society d/b/a/ Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I (serviced by Fay Servicing) shall be fully satisfied with the proceeds of the sale.

3. The mortgage held by Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National Association, as indenture trust (serviced by Select Portfolio Servicing) shall be fully satisfied with the proceeds of the sale.

4. Other closing fees payable by the Trustee may be satisfied from the proceeds of sale.

8381318 v2