| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DSS5141<br>Phone: 609-645-1881<br>Chapter 7 Trustee | Order Filed on July 13, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>Joseph J. Craddock,<br><br><br>Debtor. | **CAMDEN, VICINAGE**<br>Chapter 7<br><br>Case No.: 20-18902<br><br>Honorable Jerrold N. Poslusny, Jr. |

**ORDER AUTHORIZING SALE OF REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: July 13, 2021

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

8381318 v2

Joseph J. Craddock
Case No. 20-18902-JNP
**Amended Order Authorizing Sale of Real Property**
Page 2 of 2

---

THIS MATTER comes before the Court by way of Motion by Douglas S. Stanger, Attorney for the Chapter 7 Trustee, on notice to all applicable creditors, and having reviewed and found the methods of service proper and that adequate notice of the within Motion was provided to these parties in interest. For good cause shown, it is hereby **ORDERED:**

1. Douglas S. Stanger, Chapter 7 Trustee ('the Trustee') for the Estate of Joseph J. Craddock is hereby authorized to sell the real property commonly known 754 Fourth Street, Somers Point, New Jersey for $260,000.00 pursuant to the terms and conditions set forth in the Contract for Sale of Real Estate provided to the Court pursuant to 11 U.S.C. §§ 363(b) and 1303 free and clear of liens pursuant to 11 U.S.C. §363(b) and (f).

2. The mortgage held by Wilmington Savings Fund Society d/b/a/ Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I (serviced by Fay Servicing) shall be fully satisfied with the proceeds of the sale.

3. The mortgage held by Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National Association, as indenture trust (serviced by Select Portfolio Servicing) shall be fully satisfied with the proceeds of the sale.

4. Other closing fees payable by the Trustee may be satisfied from the proceeds of sale.

2

8381318 v2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-18902-JNP
Joseph J. Craddock  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Jul 13, 2021  Form ID: pdf903  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joseph J. Craddock, 754 Fourth Street, New Gretna, NJ 08224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly McCall | on behalf of Debtor Joseph J. Craddock bsmccall@snip.net |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as Trustee for NYMT Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Harold N. Kaplan | on behalf of Creditor Towd Point Mortgage Trust hkaplan@rasnj.com informationathnk@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William G. Wright | on behalf of Creditor Truist Bank successor by merger to Branch Banking and Trust Company and Susquehanna Bank wwright@capehart.com, jlafferty@capehart.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 13, 2021 | Form ID: pdf903 | Total Noticed: 1
TOTAL: 7