UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

Order Filed on September 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph J. Craddock,

Debtor.

Case No.: 20-18902

Judge: JNP

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

ORDER AUTHORIZING
RETENTION OF Giuliano Miller & Company, LLC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: September 3, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re: Joseph J. Craddock.

Case No.: 20-18902-JNP

Applicant: Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply) ☒ Trustee: ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Giuliano Miller & Company, LLC

Address of Professional: 2301 E. Evesham Road

Pavilion 800, Suite 210

Voorhees, NJ 08043

☐ Attorney for (check all that apply):
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☒ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the filing of this application.