| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Douglas S. Stanger, Esquire |
| Flaster/Greenberg P.C. |
| 646 Ocean Heights Avenue |
| Linwood, NJ 08221 |
| (609) 645-1881 |
| Counsel for Trustee |
| DS5141 |

Order Filed on September 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:  Joseph J. Craddock,
                        Debtor.

Case No.: 20-18902
Judge: JNP
Chapter: 7

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF Giuliano Miller & Company, LLC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 3, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | | |
|---|---|---|
| In re: | Joseph J. Craddock. | |
| Case No.: | 20-18902-JNP | |
| Applicant: | Douglas S. Stanger, Esquire, Chapter 7 Trustee | |

(check all that apply) ☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.
☐ Debtor: ☐ Chap. 11 ☐ Chap. 13
☐ Official Committee of _____

Name of Professional: Giuliano Miller & Company, LLC
Address of Professional: 2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043

☐ Attorney for (check all that apply):
　　☐ Trustee ☐ Debtor-in-Possession
　　☐ Official Committee of _____

☐ Accountant for:
　　☒ Trustee ☐ Debtor-in-Possession
　　☐ Official Committee of _____

☐ Other Professional:
　　☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer
　　☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the filing of this application.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-18902-JNP
Joseph J. Craddock  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Sep 03, 2021    Form ID: pdf903    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joseph J. Craddock, 754 Fourth Street, New Gretna, NJ 08224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly McCall | on behalf of Debtor Joseph J. Craddock bsmccall@snip.net |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as Trustee for NYMT Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Harold N. Kaplan | on behalf of Creditor Towd Point Mortgage Trust hkaplan@rasnj.com informationathnk@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William G. Wright | on behalf of Creditor Truist Bank successor by merger to Branch Banking and Trust Company and Susquehanna Bank wwright@capehart.com, jlafferty@capehart.com |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Sep 03, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 7