Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  20–18902–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Joseph J. Craddock
    754 Fourth Street
    New Gretna, NJ 08224

Social Security No.:
    xxx–xx–9158

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:          10/21/21
Time:          02:00 PM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

        The following applications for compensation have been filed:

_____

APPLICANT(S)
Giuliano Miller & Company, Accountant, period: 8/26/2021 to 8/30/2021

COMMISSION OR FEES
fee: $2,242.50

EXPENSES
$20.33

_____

If this is a chapter 13 case, the fees and expenses awarded:

        ☐       will not reduce the amount to be paid to general unsecured
                creditors under the plan.

        ☐       will reduce the amount to be paid to general unsecured
                creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

        An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 13, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-18902-JNP

Joseph J. Craddock                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                    Page 1 of 3

Date Rcvd: Sep 14, 2021                     Form ID: 137                            Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph J. Craddock, 754 Fourth Street, New Gretna, NJ 08224 |
| aty | + | Flaster Greenberg, Suite 103, 646 Ocean Heights Ave, Linwood, NJ 08221-1011 |
| r | + | BHHS Fox & Roach Realtors, BHHS Fox & Roach Realtors, 1001 Tilton Road, Suite 101, Northfield, NJ 08225-1261 |
| acc | + | Giuliano Miller & Company, 2301 E. Evesham Road, Pavillion 800, Suite 210, Voorhees, NJ 08043-4504 |
| 518906234 | + | ACI, P.O. Box 717, Getzville, NY 14068-0717 |
| 518906238 | + | ATERS001, P.O. Box 1280, Oaks, PA 19456-1280 |
| 518906235 | + | Advanced Anesthesia Assoc, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 518906237 | + | Apex Asset Management LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518906239 | + | Coastal Neurosciences PC, P.O. Box 48081, Newark, NJ 07101-4881 |
| 519257284 | + | Coastal Neurosciences, PC, 110 Harbor Lane, 2nd Floor, Somers Point, NJ 08244-2470 |
| 518906241 | + | D & A Services, 1400 E. Touhy Avenue, Suite G-2, Des Plaines, IL 60018-3338 |
| 518906243 | + | Fay Servicing, P.O. Box 619063, Dallas, TX 75261-9063 |
| 518926131 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518906246 | + | MPAC Funding Corp, c/o Neal M. Ruben, Esq., 179 Avenue at the Common, Suite 201, Shrewsbury, NJ 07702-4558 |
| 518906247 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518906248 | + | Northland Group, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 518979786 | + | RAS Citron, LLC, Authorized Agent for Secured Creditor, 130 Clinton Road, Suite 202,, Fairfield, NJ 07004-2927 |
| 519209743 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518906250 | | Select Portfolio Servicing, P.O. Box 65050, Salt Lake City, UT 84165 |
| 518906251 | | Tara Craddock, 1621 S. Shore Road #181, Cape May, NJ 08204 |
| 518978718 | + | Towd Point Mortgage Trust, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2021 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2021 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518906236 | + | Email/Text: bnc@alltran.com | Sep 14 2021 21:09:00 | Alltran Financial LP, P.O. Box 722910, Houston, TX 77272-2910 |
| 519264368 | + | Email/Text: bankruptcy@bbandt.com | Sep 14 2021 21:09:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 518906240 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 14 2021 21:10:00 | Convergent Outsourcing Inc., P.O. Box 9004, Renton, WA 98057-9004 |
| 518906242 | + | Email/Text: mrdiscen@discover.com | Sep 14 2021 21:09:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 518906244 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 14 2021 21:09:00 | Internal Revenue Service, P.O. Box 7346, |

District/off: 0312-1                         User: admin                                                          Page 2 of 3
Date Rcvd: Sep 14, 2021                      Form ID: 137                                           Total Noticed: 32

|  |  |  | Philadelphia, PA 19101-7346 |
| 518906245 | + Email/Text: ebn@ltdfin.com | | |
|  |  | Sep 14 2021 21:09:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 518906249 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Sep 14 2021 21:19:06 | Portfolio Recovery Services LLC, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 518906275 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Sep 14 2021 21:18:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519239606 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
|  |  | Sep 14 2021 21:35:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Towd Point Mortgage Trust, RAS Citron, LLC, 130 Clinton Road, Suite 202,, Fairfield NJ 07004-2927 |
| 519045789 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, P.O. Box 283, Trenton, NJ 08625 |
| 518978719 | *+ | Towd Point Mortgage Trust, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021                          Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly McCall | on behalf of Debtor Joseph J. Craddock bsmccall@snip.net |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | on behalf of Accountant Giuliano Miller & Company doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Harold N. Kaplan | on behalf of Creditor Towd Point Mortgage Trust hkaplan@rasnj.com  informationathnk@aol.com |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William G. Wright

    on behalf of Creditor Truist Bank  successor by merger to Branch Banking and Trust Company and Susquehanna Bank
    wwright@capehart.com, jlafferty@capehart.com


TOTAL: 8