| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Douglas S. Stanger, Esquire (DS5141)<br>**FLASTER/GREENBERG**<br>A Professional Corporation<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>Phone: 609-645-1881<br>Counsel for the Chapter 7 Trustee | Order Filed on October 12, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph J. Craddock,<br><br>                          Debtor. | **CAMDEN VICINAGE**<br><br>Chapter 7<br><br>Case No. 20-18902<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

**ORDER AUTHORIZING PAYMENT OF FINAL FEES AND EXPENSES
FOR FLASTER GREENBERG, P.C., ATTORNEYS FOR THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 12, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

8479542 v1

(Page 2)
**Debtors**: Joseph J. Craddock
**Case No**: 20-18902-JNP
<u>**Caption of Order:** Order Authorizing Final Compensation of Flaster Greenberg, P.C., Attorneys for the Trustee</u>

**THIS MATTER** having been brought before the court by Douglas S. Stanger, Esq., counsel for the Trustee of the Estate of Joseph J. Craddock by way of an Application for Allowance of Final Fees and Expenses for Flaster Greenberg, P.C. pursuant to 11 U.S.C., Section 330;

**IT IS ORDERED** that the Attorneys for the Trustee are hereby granted final compensation in the amount of $7,634.09 and expenses in the amount of $252.10, which are allowed to be paid out of the funds in the bankruptcy estate.

8479542 v1