UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Douglas S. Stanger, Esquire (DS5141)
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue
Linwood, NJ 08221
Phone: 609-645-1881
Counsel for the Chapter 7 Trustee

In Re:

Joseph J. Craddock,

                        Debtor.

Order Filed on October 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**CAMDEN VICINAGE**

**Chapter 7**

**Case No.  20-18902**

**Judge:  Hon. Jerrold N. Poslusny, Jr.**

**ORDER AUTHORIZING PAYMENT OF FINAL FEES AND EXPENSES
FOR FLASTER GREENBERG, P.C., ATTORNEYS FOR THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 12, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

8479542 v1

**(Page 2)**
**Debtors**: Joseph J. Craddock
**Case No**: 20-18902-JNP
**Caption of Order:** Order Authorizing Final Compensation of Flaster Greenberg, P.C., Attorneys
for the Trustee

     **THIS MATTER** having been brought before the court by Douglas S. Stanger, Esq.,

counsel for the Trustee of the Estate of Joseph J. Craddock by way of an Application for Allowance

of Final Fees and Expenses for Flaster Greenberg, P.C. pursuant to 11 U.S.C., Section 330;

     **IT IS ORDERED** that the Attorneys for the Trustee are hereby granted final compensation

in the amount of $7,634.09 and expenses in the amount of $252.10, which are allowed to be paid

out of the funds in the bankruptcy estate.

8479542 v1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-18902-JNP

Joseph J. Craddock                                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                         Page 1 of 2

Date Rcvd: Oct 12, 2021                    Form ID: pdf903                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

**Recip ID**                 **Recipient Name and Address**
db                                Joseph J. Craddock, 754 Fourth Street, New Gretna, NJ 08224

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021                        Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

**Name**                        **Email Address**

Beverly McCall
                                       on behalf of Debtor Joseph J. Craddock bsmccall@snip.net

Denise E. Carlon
                                       on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT
                                       Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas S. Stanger
                                       on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com
                                       diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
                                       doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
                                       on behalf of Accountant Giuliano Miller & Company doug.stanger@flastergreenberg.com
                                       diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Harold N. Kaplan
                                       on behalf of Creditor Towd Point Mortgage Trust hkaplan@rasnj.com  informationathnk@aol.com

U.S. Trustee
                                       USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1                          User: admin                                      Page 2 of 2
Date Rcvd: Oct 12, 2021                       Form ID: pdf903                                  Total Noticed: 1

William G. Wright
                    on behalf of Creditor Truist Bank  successor by merger to Branch Banking and Trust Company and Susquehanna Bank
                    wwright@capehart.com, jlafferty@capehart.com


TOTAL: 8