| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GIULIANO MILLER & COMPANY, LLC**<br>2301 E. Evesham Road<br>800 Pavilion, Suite 210<br>Voorhees, New Jersey 08043<br>(856) 767-3000<br>Accountants for Douglas S. Stanger, Trustee<br><br>In re:<br><br>    JOSEPH J. CRADDOCK,<br><br>                       Debtor. | Order Filed on October 26, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 20-18902/JNP<br><br>Chapter 7<br><br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS FOR THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 26, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | JOSEPH J. CRADDOCK |
| Case No: | 20-18902/JNP |
| Caption of Order: | **ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS FOR THE TRUSTEE** |

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants for the Trustee, upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants for the Trustee herein, be and is hereby allowed compensation for services rendered in the sum of $2,242.50 together with reimbursement of expenses in the amount of $20.33, for a total allowance herein of $2,262.83 for the period August 26, 2021 through August 30, 2021.