UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH J CRADDOCK

Debtor.

Case No. 20-18902-JNP

Chapter 7 -- Liquidation

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this  18th day of   November  , 2021, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**

**DATED: November 18, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:**  Joseph J Craddock
**Case No.:** 20-18902-JNP
**Caption of Order**: Order Authorizing Compensation of Final Fees And Costs

---

**THAT** the sum of $16,250.00 is reasonable compensation for the services in this case by DOUGLAS S. STANGER, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $52.60 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.