UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

JOSEPH J CRADDOCK

Debtor.

Order Filed on November 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 20-18902-JNP

Chapter 7 -- Liquidation

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this  18th day of  November , 2021, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**

DATED: **November 18, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Joseph J Craddock
**Case No.:** 20-18902-JNP
**Caption of Order**: Order Authorizing Compensation of Final Fees And Costs

___

**THAT** the sum of $16,250.00 is reasonable compensation for the services in this case by DOUGLAS S. STANGER, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $52.60 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph J. Craddock  
    Debtor

Case No. 20-18902-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Nov 18, 2021     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joseph J. Craddock, 754 Fourth Street, New Gretna, NJ 08224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

**Name**     **Email Address**

Beverly McCall  
    on behalf of Debtor Joseph J. Craddock bsmccall@snip.net

Denise E. Carlon  
    on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas S. Stanger  
    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger  
    doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger  
    on behalf of Accountant Giuliano Miller & Company doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Harold N. Kaplan  
    on behalf of Creditor Towd Point Mortgage Trust hkaplan@rasnj.com  informationathnk@aol.com

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 18, 2021 | Form ID: pdf903 | Total Noticed: 1

William G. Wright
                on behalf of Creditor Truist Bank  successor by merger to Branch Banking and Trust Company and Susquehanna Bank
                wwright@capehart.com, jlafferty@capehart.com

TOTAL: 8